Tyson M. Takeuchi, SBN 177419
Scott Kosner, SBN 172379
LAW OFFICE OF TYSON TAKEUCHI
1055 Wilshire Boulevard, Suite 850
Los Angeles, CA 90017
Tel 213.637.1566
Fax 888.977.6310
tyson@tysonfirm.com
scottk@tysonfirm.com

**FILED & ENTERED**

**FEB 16 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** walter    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

In re:                                )) Case No.: 2:13-bk-30739-SK
                                      ))
Alissa Denise Howell,                 )) Chapter 13
                                      ))
            Debtor.                   )) ORDER GRANTING DEBTOR'S MOTION FOR
                                      )) ORDER REOPENING THE INSTANT CASE
                                      )) AND VACATING DISMISSAL
                                      ))
                                      )) No Hearing
                                      ))
_____))

    On July 11, 2014, Debtor Alissa Denise Howell moved for an order reopening the instant case, vacating the dismissal, and extending the deadline to file pleadings and documents required for a discharge by 14 days following entry of the instant order. Having reviewed the Motion, and no opposition or request for hearing having been filed,

    IT IS HEREBY ORDERED THAT the motion is granted. There was no stay in effect during the interim between the dismissal of this case and entry of this Order.

Date: February 16, 2017

                      Sandra R. Klein
                      United States Bankruptcy Judge

THE LAW OFFICES OF
Tyson M. Takeuchi
& Associates
Los Angeles
California
(213) 637-1566

ORDER