United States Bankruptcy Court
Central District of California

In re:  
Alissa Denise Howell  
    Debtor

Case No. 13-30739-SK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2     Date Rcvd: Mar 30, 2017  
                    Form ID: 318     Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.

```
db           Alissa Denise Howell,    871 W Kemp Ct,    Compton, CA  90220-4570
smg          Los Angeles City Clerk,    P.O. Box 53200,    Los Angeles, CA  90053-0200
cr           Bank of America,    Bank of America Retail Payment Services,    7105 Corporate Drive,
              P.O. Box 660933,    Dallas, TX  75266-0933
34277900    +Acs/Wells,    501 Bleeker St,    Utica, NY 13501-2401
35084334     Bank of America Retail Payment Services,    P.O. Box 660933,    Dallas, Texas 75266-0933
34277903    +Calloway Place Hoa,    14316 Bellflower Blvd,    Bellflower, CA 90706-3136
34350625    +Calloway Place Homeowners Association, a Californi,    c/o Roup & Associates, a Law Corporation,
              23101 Lake Center Drive, Suite 310,,    Lake Forest, CA 92630-6800
34277905    +Direct Loan,    Po Box 5609,    Greenville, TX 75403-5609
34277906     Equifax,    PO Box 144717,    Orlando, FL 32814-4717
34277907     Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
34277908     Experian,   NCAC,    PO Box 9556,    Allen, TX 75013-9556
34277909     Experian,    Profile Maintenance,    PO Box 9558,    Allen, TX 75013-9558
34277916    +LAUSD, Office Of General Counsel,    James A Hunt, Esq.,    333 S Beaudry Ave 20th Fl,
              Los Angeles, CA 90017-5113
34277917    +Law Office Of Ronald D Roup,    23101 Lake Center Dr Ste 310,    Lake Forest, CA 92630-6800
34388884     Sallie Mae, Inc. on behalf of ECMC,    PO Box 16408,    St. Paul, MN. 55116-0408
34277919    +Schools FCU,    2200 W Artesia Blvd,    Compton, CA 90220-5314
34277920     Schools FCU,    850 W Cesar E Chavez Ave,    Los Angeles, CA 90012-2131
34277921     Schools FCU,    850 W Cedar St Chavez,    Compton, CA 90220
34277923    +Trans Union Corporation,    Attn: Public Records Department,    555 W Adams St,
              Chicago, IL 60661-3631
34277924    +Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022-2000
34328201     Wells Fargo on behalf of Education Credit Manageme,    c/o ECMC,    PO Box 16408,
              St. Paul, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          EDI: EDD.COM Mar 31 2017 02:08:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
              P.O. Box 826880,    Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Mar 31 2017 02:08:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
              P.O. Box 2952,    Sacramento, CA  95812-2952
34404015    +EDI: CINGMIDLAND.COM Mar 31 2017 02:08:00      AT&T Mobility II LLC,    % AT&T Services, Inc,
              Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,    Bedminster, NJ 07921-2693
34277901     EDI: AMEREXPR.COM Mar 31 2017 02:08:00      American Express,    PO Box 981537,
              El Paso, TX 79998-1537
34541578     EDI: BECKLEE.COM Mar 31 2017 02:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
              POB 3001,    Malvern, PA 19355-0701
34277902     EDI: BANKAMER.COM Mar 31 2017 02:08:00      Bank Of America,    4161 Piedmont Pkwy,
              Greensboro, NC 27410-8110
34491412     EDI: BL-BECKET.COM Mar 31 2017 02:08:00      Capital One, N.A.,    c o Becket and Lee LLP,
              POB 3001,    Malvern, PA 19355-0701
34277904     EDI: CHASE.COM Mar 31 2017 02:08:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
34277910     EDI: FORD.COM Mar 31 2017 02:08:00      Ford Motor Credit,    PO Box 542000,
              Omaha, NE 68154-8000
34277911     EDI: CALTAX.COM Mar 31 2017 02:08:00      Franchise Tax Board,    Personal Bankruptcy MS A340,
              PO Box 2952,    Sacramento, CA 95812-2952
34277913     EDI: RMSC.COM Mar 31 2017 02:08:00      GECRB/Toysrus,    4125 Windward Plz,
              Alpharetta, GA 30005-8738
34277912    +EDI: RMSC.COM Mar 31 2017 02:08:00      Gecrb/ Old Navy,    Po Box 965005,
              Orlando, FL 32896-5005
34277914     EDI: IRS.COM Mar 31 2017 02:08:00      Internal Revenue Service,
              Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
34277915     EDI: CBSKOHLS.COM Mar 31 2017 02:08:00      Kohls/Cap One,    PO Box 3115,
              Milwaukee, WI 53201-3115
34690450     EDI: RESURGENT.COM Mar 31 2017 02:08:00      LVNV Funding, LLC its successors and assigns as,
              assignee of CVF Consumer Acquisition,    Company,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
34650332     EDI: PRA.COM Mar 31 2017 02:08:00      Portfolio Recovery Associates, LLC,
              c/o TOYS "R"US CREDIT CARD,    POB 41067,    Norfolk VA 23541
34404064    +EDI: ATTWIREBK.COM Mar 31 2017 02:08:00      Pacific Bell Telephone Company,
              % AT&T Services, Inc,    Karen Cavagnaro, Paralegal,    One AT&T Way, Room 3A104,
              Bedminster, NJ 07921-2693
34277918    +EDI: NAVIENTFKASMSERV.COM Mar 31 2017 02:08:00      Sallie Mae,    Po Box 9500,
              Wilkes-Barre, PA 18773-9500
34277922    +E-mail/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG Mar 31 2017 02:06:50      Schools First Fcu,
              Po Box 11547,    Santa Ana, CA 92711-1547
                                                                                              TOTAL: 19
```

```
District/off: 0973-2          User: admin              Page 2 of 2                    Date Rcvd: Mar 30, 2017
                              Form ID: 318             Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bank Of America, N.A.
intp          Courtesy NEF
                                                                                      TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              Arnold L Graff    on behalf of Creditor    Bank Of America, N.A. ecfcacb@aldridgepite.com,
               ALG@ecf.inforuptcy.com;agraff@aldridgepite.com
              Dean R Prober, ESQ    on behalf of Creditor    Bank of America cmartin@pralc.com,
               ecfcca@ecf.courtdrive.com
              Drew A Callahan    on behalf of Creditor    Bank Of America, N.A. dcallahan@aldridgepite.com,
               unionbankecf@aldridgepite.com
              Elizabeth Noble    on behalf of Creditor    Bank Of America, N.A. enoble@bankofamerica.com
              Joseph C Delmotte    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
               JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
              Ronald D Roup    on behalf of Interested Party    Courtesy NEF ecf@rouplaw.com
              Scott Kosner    on behalf of Debtor Alissa Denise Howell tyson@tysonfirm.com
              Tyson  Takeuchi    on behalf of Debtor Alissa Denise Howell tyson@tysonfirm.com,
               albert@tysonfirm.com;armen@tysonfirm.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Wesley H Avery (TR)    wes@averytrustee.com,
               C117@ecfcbis.com;lucy@averytrustee.com;alexandria@averytrustee.com
                                                                                             TOTAL: 10
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Alissa Denise Howell** | Social Security number or ITIN **xxx–xx–8407** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Central District of California** | | |
| Case number: **2:13–bk–30739–SK** | | |

# Order of Discharge – Chapter 7                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alissa Denise Howell

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/30/17

**Dated:** 3/30/17                                           **By the court:** Sandra R. Klein
                                                                                United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**59/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**